IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **ALIESHA ALAMO,** on behalf of herself, and all other plaintiffs similarly situated, known and unknown, <br><br> Plaintiff, <br><br> v. <br><br> **PEACHES BOUTIQUE LLC**, an Illinois limited liability company, **ROY SURDEJ**, individually, and **BARBARA SURDEJ**, individually, <br><br> Defendants. | **No.** 18-cv-04394 <br><br> **District Judge Andrea R. Wood** <br><br> *JURY DEMAND* |

## PARTIES' JOINT FIRST MOTION TO EXTEND DEADLINE FOR DISCLOSURES UNDER MANDATORY INITIAL DISCOVERY PILOT PROJECT

NOW COME PLAINTIFF ALIESHA ALAMO, and DEFENDANTS PEACHES BOUTIQUE LLC, ROY SURDEJ AND BARBARA SURDEJ (collectively the "Parties"), by their attorneys of record, and for their Joint First Motion to Extend Deadline for Disclosures Under Mandatory Initial Discovery Pilot Project (the "MIDP"), state as follows:

1. On September 11, 2018, the Parties[1] filed their Initial Status Report with the Court, acknowledging that the instant case is subject to the Court's MIDP, which requires that the Parties exchange certain initial disclosures and responses within thirty days of the first responsive pleading, which in this case is October 8, 2018.[2]

2. On September 18, 2018, the Parties appeared for a status hearing, and this Court adopted the proposed discovery timelines outlined in their Initial Status Report, including the date for disclosures in accordance with the MIDP.

---

[1] At the time the Initial Status Report was filed, only Defendant Peaches Boutique LLC ("Peaches") had been served or otherwise appeared before the Court. In the time since, Defendants Roy and Barbara Surdej, individually, have since appeared and agree to join Peaches for the purposes of this Joint First Motion to Extend.

[2] Upon reflection, the Parties now recognize that October 8, 2018 is a court holiday, and as such the deadline for their disclosures should have been set as October 9, 2018 in their Initial Status Report.

1

3. Following the status hearing, counsel for the Parties convened and discussed the possibility of settlement, leading up to and including a conference call between counsel on October 5, 2018, during which the Parties agreed that settlement was a possibility in this matter and that continued negotiations could prove fruitful.

4. As a result, the Parties agreed to temporarily stay formal discovery or the continued litigation of this matter in the hopes of engaging in further and more complex settlement discussions.

5. Section A(4) of the Court's Standing Order Regarding the MIDP provides that, "initial discovery responses may be deferred, one time, for 30 days if the parties jointly certify to the Court that they are seeking to settle the case and have a good faith belief that it will be resolved within 30 days of the due date for their responses." (Dkt. 4.)

6. The parties, through this Joint Motion, so certify that they are seeking to settle the instant case and have a good faith belief it may be resolved within the permitted extension.

WHEREFORE, the Parties respectfully request that this Court grant the Parties' First Request for an Extension to the responses required under the MIDP, or until November 8, 2018, and for any other relief this Court deems just and equitable.

Dated: October 5, 2018

Respectfully Submitted,

| | |
|---|---|
| s/ John W. Billhorn | s/ David J. Dale |
| John W. Billhorn | David J. Dale |
| Plaintiff's Attorney | One of Defendant's Attorneys |
| | |
| Billhorn Law Firm | Staub Anderson LLC |
| 53 W. Jackson Blvd., Suite 840 | 55 W. Monroe, Ste. 1925 |
| Chicago, IL 60604 | Chicago, IL 60603 |
| 312-853-1450 | 312-345-0545 |