# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Aliesha Alamo

                        Plaintiff,

v.                                                Case No.: 1:18−cv−04394
                                                      Honorable Andrea R. Wood

Peaches Boutique, LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 5, 2018:

      MINUTE entry before the Honorable Andrea R. Wood: Parties' Joint Motion To Stay Formal Discovery Pending Negotiation Of Agreed FLSA Collective Action Treatment [23] is granted. All formal discovery obligations are stayed pending further order of the Court in order to provide the parties time to negotiate a resolution of this matter. Status hearing set for 12/18/2018 remains firm. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.