# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Aliesha Alamo

                              Plaintiff,

v.                                                            Case No.: 1:18−cv−04394
                                                                      Honorable Andrea R. Wood

Peaches Boutique, LLC, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 31, 2019:

      MINUTE entry before the Honorable Andrea R. Wood: Motion and Status hearing held. For the reasons stated on the record, joint motion for settlement approval [55] is taken under advisement. Pursuant to the discussion held in open court, Plaintiff shall file its attorney affidavit in support of attorneys' fees request by 8/7/2019. Ruling by mail. Status hearing set for 8/21/2019 at 9:00 AM. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.