**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
Eastern Division**

Aliesha Alamo
                                    Plaintiff,

v.                                                            Case No.: 1:18−cv−04394
                                                                         Honorable Andrea R. Wood

Peaches Boutique, LLC, et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 21, 2019:

      MINUTE entry before the Honorable Andrea R. Wood: The parties' joint motion for approval of Fair Labor Standards Act Settlement Agreement [55] is granted. The Court finds that the settlement reached by the parties is fair and reasonable, and represents a good−faith resolution of a bona fide dispute between the parties. This case is hereby dismissed without prejudice, but with the parties granted leave to reinstate it by 10/21/2019 if no stipulation to dismiss the case with prejudice is filed prior to that date. The dismissal will convert to a dismissal with prejudice on 10/22/2019 with no further action by the Court required regardless of whether a stipulation of dismissal with prejudice is filed. All other pending motions and hearing dates, including the status hearing set for 8/21/2019, are stricken. Civil case terminated. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.